# EXHIBIT A

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

UNITED STATES DISTRICT COURT

      NORTHERN DISTRICT OF CALIFORNIA

       SAN FRANCISCO DIVISION




LAUREN HUGHES, et al.,

        Plaintiffs,

   vs.               CASE NO:  3:22-CV-07668-VC

APPLE, INC.,

        Defendant.

          * * * * * * *



     Deposition of GAIL BURKE, taken on behalf of the Defendant, via Zoom videoconference, commencing on the 10th day of November, 2025, at the hour of 7:00 a.m. PT, before Jillian Doctor, CSR No. 14603, pursuant to Notice of Taking Deposition.

Transcript of Gail Burke
Conducted on November 10, 2025                          13

A.      No.                                                      07:21:18

Q.      Other than meeting with your lawyers, did              07:21:19
you do anything else to prepare for today's                     07:21:25
deposition?                                                     07:21:27

A.      No.                                                     07:21:27

Q.      Did you bring any documents with you to               07:21:28
today's deposition?                                             07:21:34

A.      No.                                                     07:21:34

Q.      Do you understand that there are other                07:21:36
plaintiffs in this case?                                         07:21:38

A.      Yes.                                                    07:21:39

Q.      Did you know any of them?                             07:21:39

A.      No.                                                     07:21:42

Q.      Have you ever communicated with any of them?         07:21:42

A.      No.                                                     07:21:48

Q.      Did you review any of their responses to             07:21:48
discovery requests?                                             07:21:51

A.      No.                                                     07:21:52

Q.      Did you review any other plaintiffs'                  07:21:53
deposition testimony in this case?                              07:21:56

A.      No.                                                     07:21:58

Q.      Did you personally know any of the attorneys         07:21:59
involved before you decided to join this lawsuit?              07:22:08

A.      No.                                                     07:22:10

Q.      What's your current address?                          07:22:11

Transcript of Gail Burke
Conducted on November 10, 2025                14

              █                               █

Q.    Is that a house or an apartment?

A.    It's a condo.

Q.    Do you rent or own?

A.    I own.

Q.    How long have you lived there?

A.    About seven years.

Q.    How would you describe the neighborhood?

A.    Friendly.

Q.    Does anybody live with you?

A.    No.

Q.    Where did you live before that?

A.    I lived in Braidwood while I was married. And after the divorce, I moved here.

Q.    What was the name of the place you lived while you were married?

█

█

Q.    When was the divorce?

A.    2016.

█

A.    I did.

Q.    When was that?

A.    That was after the AirTag was found on my car and I was scared to live alone.

Transcript of Gail Burke
Conducted on November 10, 2025                    15

A.    It was maybe May.  May or June 2023.                    07:24:01

Q.    How long did you live there?                    07:24:10

A.    A little -- I think maybe a little over a    07:24:15
year.                    07:24:18

Q.    And the full address of that place you lived    07:24:18

Q.    Was that a house or an apartment?                    07:24:31

A.    A house.                    07:24:35

Q.    Did you rent or own?                    07:24:35

A.    Neither.  I was scared.  I moved in there.    07:24:37
I moved in with a friend because I was scared to live    07:24:45
alone.                    07:24:48

Q.    What was the friend's name?                    07:24:48

A.    Frank Capodicasa.                    07:24:53

Q.    And you said you lived there for about a    07:24:55
year?                    07:25:02

A.    Yes.                    07:25:02

Q.    Did you pay rent while you were living    07:25:03
there?                    07:25:07

A.    No.                    07:25:07

Q.    Did Mr. Capodicasa let you live there for    07:25:08
free?                    07:25:15

A.    Yes.  We were dating at the time.                    07:25:15

Transcript of Gail Burke
Conducted on November 10, 2025                    29

Q.        Okay.  If you go to Page 10 at the top.                    07:49:49

A.        Okay.                                                      07:49:55

Q.        The fourth line down, do you see where it                 07:49:56
says "the following response is designated                          07:49:58
confidential"?                                                      07:50:03

A.        10 at the top.  Okay.  Yes.                                07:50:03

Q.        It says:  "Plaintiff currently recalls                    07:50:13
communicating with the following individuals."  And                 07:50:20
then there is a list of names.                                      07:50:22

          Is there anybody else who's not listed here               07:50:25
who you've spoken to about AirTags or AirTag alerts --              07:50:28

A.        Yes.                                                       07:50:33

Q.        -- besides -- who?                                        07:50:33

A.        Yes, there is.                                            07:50:35

          Someone at work got an AirTag notification,               07:50:36
and they were told to reach out to me because I had                 07:50:41
one.  And I had just told them about my experience I                07:50:44
had and what to do.                                                 07:50:50

Q.        What is that person's name?                               07:50:51

A.        Tyler Franco.                                             07:50:54

Q.        Did you discuss this lawsuit with                         07:51:03
Mr. Franco?                                                         07:51:06

A.        No.  I only discussed what he should do to                07:51:06
locate -- to get the police involved because it will               07:51:12
help him later because what I experienced was, it's                07:51:17

Transcript of Gail Burke
Conducted on November 10, 2025                    30

better that you have a police report.                                07:51:22

Q.      What did you tell Mr. Franco?                                 07:51:24

A.      I told him that the Apple -- they're not                     07:51:27
clear on open communication, so you have to -- they                  07:51:37
would only speak with law enforcement if you need to                 07:51:42
do a subpoena.  So I told them to get the police                     07:51:45
involved.                                                            07:51:51

Q.      Did Mr. Franco get the police involved?                      07:51:51

A.      I don't know.  I don't know what happened.                   07:51:56
I just told him my experience of when I found the                    07:52:03
AirTag.                                                              07:52:06

Q.      Where did Mr. Franco find the AirTag?                        07:52:07

A.      I don't know.  I don't know.  He just didn't                 07:52:10
know what it was that was coming across his phone.                   07:52:13

Q.      So, to your knowledge, Mr. Franco got an                     07:52:20
AirTag alert, but you don't know if he ever found the                07:52:23
AirTag?                                                              07:52:26

A.      No, I don't know.  I only could tell him my                  07:52:26
experience.                                                          07:52:29

Q.      Is there anybody else not listed in your                     07:52:30
response to the interrogatory with whom you discussed                07:52:32
AirTags or AirTag alerts?                                            07:52:35

A.      No.                                                          07:52:37

Q.      Who is Holly Forster?                                        07:52:38

A.      Holly is my daughter.                                        07:52:43

Transcript of Gail Burke
Conducted on November 10, 2025                    31

Q.        How old is Holly?                                     07:52:45

A.        Holly is 33.                                          07:52:47

Q.        Who is Christina Burke?                               07:52:49

A.        Christina is my daughter.                             07:52:54

Q.        How old is Christina?                                 07:52:57

A.        She's 30.                                             07:53:00

Q.        Where does Holly live?                                07:53:01

A.        Holly lives in Vernon, New Jersey.                    07:53:06

Q.        Where does Christina live?                            07:53:10

A.        Christina lives in Ringwood, New Jersey.              07:53:13

Q.        Who is Morgan Burke?                                  07:53:19

A.        Morgan is my daughter.                                07:53:21

Q.        How old is Morgan?                                    07:53:25

A.        27.                                                   07:53:27

Q.        Where does Morgan live?                               07:53:27

A.        She lives in Manhattan, and I do not know             07:53:29
her address.                                                   07:53:32

Q.        Do you have any other children?                       07:53:33

A.        No.                                                   07:53:38

Q.        Do you have any grandchildren?                        07:53:39

A.        No.                                                   07:53:43

Q.        Who is Detective Joseph Schnackenberg?                07:53:43

A.        He works in the police department in                  07:53:53
Ridgefield, New Jersey.                                        07:53:57

Q.        Have you spoken with anybody else at the              07:53:59

Transcript of Gail Burke
Conducted on November 10, 2025                    32

Ridgefield Police Department?

A.        Yes.  There was another detective there, and I don't remember his name.

Q.        You said you've communicated with Defendant Apple.  Who at Apple have you communicated with?

A.        I was only able to communicate with that email regarding the law enforcement.  I don't remember the person's name.  But it was -- they wouldn't really give me any information.  They would only speak with law enforcement.

Q.        Who is Franchelce Manuel?

A.        I work with her.

Q.        How long have you known her?

A.        Oh, maybe about four years.

Q.        Who is Elizabeth Carpanzano?

A.        She is security at the hospital.

Q.        How long have you known her?

A.        Oh, about seven years.

Q.        And Frank Capodicasa is your former boyfriend; correct?

A.        Correct.

Q.        How long have you known Frank Capodicasa?

A.        I've known Frank for, maybe, about 20 years. On more of a social.

Q.        You knew Frank while you were married

07:54:06
07:54:08
07:54:13
07:54:14
07:54:22
07:54:25
07:54:31
07:54:35
07:54:40
07:54:43
07:54:50
07:54:54
07:54:55
07:55:00
07:55:03
07:55:16
07:55:18
07:55:23
07:55:26
07:55:33
07:55:34
07:55:35
07:55:39
07:55:50
07:56:00

previously?                                                          07:56:02

A.        Yes.  He owns the restaurant across the                   07:56:03

street from the condo I live in.                                    07:56:05

Q.        Who is Dr. Jonathan Mazer?                                07:56:17

A.        I work with Dr. Mazer.                                    07:56:22

Q.        How long have you known Dr. Mazer?                        07:56:24

A.        A few years.                                              07:56:26

Q.        Who was Brian Devito?                                     07:56:27

███      ████████████████████████                                   07:56:31

████                                                                07:56:35

Q.        How long have you known Mr. Devito?                       07:56:35

A.        Over a year.                                              07:56:43

Q.        Who is Amanda Devito?                                     07:56:44

A.        His wife.                                                 07:56:49

Q.        How long have you known Amanda Devito?                    07:56:50

A.        Over a year.                                              07:56:55

Q.        Do you use social media?                                 07:56:56

A.        Yes.                                                      07:57:15

Q.        Do you use Facebook?                                      07:57:15

A.        Yes.                                                      07:57:19

Q.        What's your Facebook name?                                07:57:19

███      █████████████████████████                                  07:57:22

I think.                                                            07:57:29

Q.        Is your Facebook account public or private?              07:57:29

A.        Some things are private and some things are              07:57:35

A.      Until November 2025 is when I left and moved back here.          08:01:09 08:01:18

Q.      November --          08:01:19

A.      2024.  2024.          08:01:22

Q.      So you were in a relationship with Frank from approximately October '22 until November 2024?          08:01:27 08:01:29

A.      Yes.  Mm-hmm.  Yes.          08:01:33

Q.      And you lived together for the last year of that relationship.          08:01:34 08:01:41

        Is that correct?          08:01:42

A.      Yes.          08:01:42

Q.      Prior to Frank, were you in a relationship?          08:01:43

A.      No.          08:01:54

Q.      And you have been married; correct?          08:01:55

A.      Yes.          08:02:00

Q.      How many times?          08:02:01

A.      Once.          08:02:02

Q.      What was your spouse's name?          08:02:03

A.      Patrick Burke.          08:02:06

Q.      When did you and Patrick get married?          08:02:09

A.      We got married in 1989.          08:02:15

Q.      When did you get divorced?          08:02:18

A.      We got married -- we got divorced 2016.          08:02:22

Q.      Why did you get divorced?          08:02:26

A.      We disconnected.          08:02:29

Transcript of Gail Burke
Conducted on November 10, 2025                    42

Q.      What was the reason for that provision?                    08:09:25

        MR. KILPELA:  Objection to the extent it                    08:09:27

calls for a legal conclusion.                    08:09:29

        You can answer, Gail.                    08:09:31

        THE WITNESS:  Okay.                    08:09:33

BY MS. PARK:                    08:09:40

Q.      You can answer.                    08:09:40

A.      Oh, I'm sorry.  What was the question one                    08:09:41

more time?                    08:09:44

Q.      What was the reason for that provision?                    08:09:45

        MR. KILPELA:  Same objection.                    08:09:47

        THE WITNESS:  The judge put it in.  My                    08:09:49

attorney put it in.                    08:09:53

BY MS. PARK:                    08:09:54

Q.      Do you know if Patrick asked for it?                    08:09:56

A.      For -- for -- I'm sorry?  For what?  For?                    08:09:57

Q.      Conditioning alimony on you living by                    08:10:04

yourself?                    08:10:06

A.      No.  That was by the attorneys.  That was                    08:10:07

done by the attorney.                    08:10:10

Q.      When you were living with Frank, did the                    08:10:12

alimony stop?                    08:10:20

A.      Yes.                    08:10:21

Q.      Has the alimony started again?                    08:10:21

A.      No.                    08:10:25

Transcript of Gail Burke
Conducted on November 10, 2025                    43

Q.    So once the alimony -- once you were
cohabitating, the alimony stopped forever?                08:10:26
08:10:30

A.    Yes.                                                08:10:34

Q.    Have you tried to get it reinstated?               08:10:34

A.    No.                                                 08:10:42

Q.    Why not?                                            08:10:43

A.    Because it would cost me money to do that.          08:10:43

Q.    Did you ever talk to anybody about your
belief at the time that Frank -- did you ever talk to
anybody about your belief at the time that Patrick was
the one who was stalking you?                             08:10:58
08:11:00
08:11:06
08:11:09

A.    No.                                                 08:11:11

Q.    Is there anyone else in your life that you
suspect was stalking you?                                 08:11:11
08:11:17

A.    Well, after the relationship with Frank and
the way he was acting, I thought maybe it might be
him.                                                      08:11:18
08:11:25
08:11:30

Q.    What made you think it might be Frank?             08:11:30

A.    Because he would get so angry when I would
tell him I'm not dropping this class action.             08:11:33
08:11:37

Q.    That made you think maybe he was the one who
had placed the AirTag?                                    08:11:42
08:11:48

A.    Yes.                                                08:11:50

Q.    Did you ever talk to anybody about your
suspicion that it was Frank?                             08:11:51
08:12:00

Transcript of Gail Burke
Conducted on November 10, 2025                                    44

A.        I spoke to my kids about it.                                08:12:03

Q.        What did they say?                                          08:12:08

A.        They said they didn't -- you know, they                    08:12:09
listened and they didn't know.  They didn't know, but               08:12:18
they think I dodged a bullet.                                        08:12:21

Q.        What do you mean by that?                                  08:12:23

A.        Like, it was -- it was a bad -- he was                     08:12:24
angry.  He was getting very angry towards the end of                08:12:29
the relationship.  He was supportive in the beginning               08:12:34
and then just turned a whole -- into a whole different              08:12:36
person.                                                             08:12:41

                                                                   08:12:42
                                                                   08:12:48
                                                                   08:12:52
                                                                   08:12:59
                                                                   08:13:04
                                                                   08:13:13
                                                                   08:13:15
                                                                   08:13:22
                                                                   08:13:27
                                                                   08:13:40
                                                                   08:13:44
                                                                   08:13:48
                                                                   08:13:49
                                                                   08:13:56

Q.      Did Frank yell at the detective?

A.      I don't know.  I wasn't there during the conversation.

Q.      Besides Frank and Patrick, have you ever suspected anybody else was stalking you?

A.      No.

Q.      Let's take a break.

A.      Okay.

        THE VIDEOGRAPHER:  All right.  We're going off the record.  The time is 8:15 a.m.

            (OFF THE RECORD AT 8:15 a.m. PT.)

            (ON THE RECORD AT 8:33 a.m. PT.)

        THE VIDEOGRAPHER:  Okay.  We are back on the record.  The time is 8:33 a.m.

BY MS. PARK:

Q.      Ms. Burke, during the break, I found a copy

Transcript of Gail Burke
Conducted on November 10, 2025              63

it was going on, no.

Q.      What happened when you called the police?

A.      They came and they searched the car inside and outside of the car.  And they found the AirTag underneath the wheel well.

Q.      Which wheel well?

A.      I think it was the right -- right -- the right side.

Q.      Did the police do anything with their phones to find the AirTag?

A.      He did.

Q.      What did the police officer do?

A.      He took the AirTag to his phone.  It was hidden in a -- it was hidden in a key hideaway wrapped in bubble wrap.  When he unwrapped it, he took the tag itself to his phone.

Q.      Do you know if he was able to find any information about the AirTag by doing that?

A.      I didn't see his phone.  I was on the other side of the car.

Q.      Did he tell you if he was able to find out any information about the AirTag owner?

A.      He didn't.

Q.      Did the police officer use any -- did the police officer make the AirTag beep?

Transcript of Gail Burke
Conducted on November 10, 2025                64

A.        Yes.                                                            09:04:21

Q.        When?                                                          09:04:22

A.        From my phone when they were trying to                        09:04:23
locate it.                                                              09:04:26

Q.        How did they make it beep?                                    09:04:27

A.        They took my phone and they pressed a                         09:04:33
button, and it beeped.                                                  09:04:36

Q.        Did the beeping help them find the AirTag?                    09:04:39

A.        I think so.                                                   09:04:44

Q.        Were you able to hear the beeping?                            09:04:46

A.        It was faint.  It was very faint.                             09:04:50

Q.        Had you heard any beeping before the officer                  09:04:53
used your phone to make the AirTag beep?                                09:04:57

A.        I think I had heard like a chiming sound                      09:04:59
before.  Not a beep.  Like a chiming sound.  But I                      09:05:05
couldn't tell where it was coming from.                                 09:05:09

Q.        When did you hear the chiming sound?                          09:05:11

A.        I was home when I heard it.                                   09:05:13

Q.        In your car?                                                  09:05:16

A.        No, outside my car.  Like, I was outside.  I                  09:05:20
was outside in the garden.                                              09:05:24

Q.        When was that?                                                09:05:25

A.        I don't know.  I don't know.                                  09:05:31

Q.        What made you think the chiming was coming                    09:05:36
from the AirTag?                                                        09:05:40

Transcript of Gail Burke
Conducted on November 10, 2025                    65

A.      I didn't know it was coming.  I didn't know it was.

Q.      In retrospect, though?

A.      I heard chiming.  But, again, I didn't -- I didn't really put two and two together.

Q.      After the officer brought the AirTag near his phone, what happened?

A.      They left.

Q.      Did they take the AirTag with them?

A.      Yes.

Q.      Did you file a police report?

A.      Yes.

        MS. PARK:  Maddie, can you put Exhibit 7 in the chat, please?

        THE TECHNICIAN:  Absolutely.  Stand by.

        (DEPOSITION EXHIBIT NUMBER 7

        WAS MARKED FOR IDENTIFICATION.)

        THE TECHNICIAN:  They are in the chat and uploading to the share file.

        THE WITNESS:  I have it up.

BY MS. PARK:

Q.      You recognize the document marked Burke 7?

A.      Yes.

Q.      What is it?

A.      It's the police report.

Transcript of Gail Burke
Conducted on November 10, 2025                    66

Q.        How did you get a copy of the police report?        09:07:42

A.        I asked for it.        09:07:45

Q.        When did you receive it?        09:07:48

A.        I don't know the exact date I received it.        09:07:53

Q.        It looks like the pages are a little out of        09:07:57
order.  If you go to the second page of the PDF, it's        09:08:01
marked "Page 1 of 6" -- "1 of 4."        09:08:06

A.        Second page?        09:08:10

Q.        Yes.        09:08:13

A.        Okay.  I'm at it.        09:08:14

Q.        And it says "Incident Report" and the report        09:08:15
date and time is March 2nd, 2023, at 5:10 p.m.        09:08:18

          Is that the time --        09:08:24

A.        Yes.        09:08:25

Q.        -- that --        09:08:25

A.        Yes.        09:08:26

Q.        Can you wait until I'm finished with my        09:08:27
question, please.        09:08:30

A.        Oh, I'm sorry.  Yes.        09:08:31

Q.        Is March 2, 2023 at 5:10 p.m. when you        09:08:33
called the police?        09:08:38

A.        I'm looking to see.  It sounds right.  Yes.        09:08:39

Q.        And on Page 5 of the PDF, there is a        09:08:46
statement form.        09:09:01

          Do you see that?        09:09:02

Transcript of Gail Burke
Conducted on November 10, 2025                    68

Q.      Why did you tell them to discuss with Pat?      09:10:50

A.      Because the police asked me at the time who      09:10:59
were involved in my life.      09:11:05

Q.      Why did you give them Frank's ex-wife's      09:11:10
name?      09:11:20

A.      Because he would not say really nice things      09:11:20
about her.  So I thought maybe it had something to do      09:11:25
with his ex-wife at the time.      09:11:28

Q.      What kinds of things did Frank say about his      09:11:30
ex-wife?      09:11:35

A.      He -- she, you know, just totally      09:11:35
disregarded a lot of things.      09:11:40

Q.      How long had they been divorced?      09:11:44

A.      They were in the process of getting      09:11:46
divorced.  They were separated.      09:11:52

Q.      Did you know Frank's ex-wife?      09:11:54

A.      No.  I did not know her.      09:11:58

Q.      This statement was made a week after you      09:12:01
called the police; correct?      09:12:18

A.      Yes.      09:12:20

Q.      Why did you write this a week after you      09:12:20
called the police?      09:12:25

A.      Because they didn't send the subpoena.  They      09:12:26
never sent the subpoena.      09:12:28

Q.      When did the police say that they were going      09:12:30

Transcript of Gail Burke
Conducted on November 10, 2025                69

to send a subpoena?

A.      The day I sent -- the day after I sent this.

Q.      You've said that you wrote this because they did not send a subpoena?

A.      Correct.

Q.      Had they told you before March 9th that they were going to send a subpoena?

A.      No.  I was calling to find information, any information that they had, and they said they didn't have any.  And I said, "Well, you need to send a subpoena."  And I found out they didn't do it, and that's why I wrote this complaint.

Q.      I'm just trying to get the timeline straight.

        Earlier you said -- I believe you said you wrote this statement because they did not send the subpoena?

A.      Correct.

Q.      Did you have an understanding when you wrote this email -- this statement that the police were going to subpoena Apple?

A.      No, I didn't know.  I had to do my research.  And when I called Apple to see if they had any information, they told me they could only talk to law enforcement, and with a subpoena.

Transcript of Gail Burke
Conducted on November 10, 2025                70

Q.      So you wrote this statement so that the police would send a subpoena?

A.      Yes.

Q.      Do you know if the police ever served a subpoena?

A.      They told me they did on the 10th.

Q.      Did you ever see a copy of the subpoena?

A.      No.

Q.      Did you receive any information about the subpoena after the 10th?

A.      The detective called me and told me that from the subpoena they sent to Apple, Apple told them it was a third-party purchase through Amazon and Amazon had no information.

Q.      Scroll to the next page.  There is a handwritten Page 10 at the bottom.

A.      I'm trying to get it.  Let's see.  I think this is the last page, yes.  Okay.

Q.      Where in the middle it says, "Incident: Provide whatever info is known."

        And then you wrote, "Nature of Incident" --

        Do you see where I am?

A.      Mm-hmm.  Yes.

Q.      "Apple AirTag Subpoena Delay"?

A.      Yes.

Q.        How do you know that?

A.        Because it says "Unknown AirTag first seen February 27th, 2023."

Q.        Hadn't you gotten alerts before this that you were not able to screenshot?

A.        Yes.

Q.        How many days had you been receiving alerts for?

A.        I would say a week.

Q.        Did you show Chelce this screenshot the same day you took it?

A.        No, it was after.  This was after we found the AirTag.

Q.        This screenshot in Burke 6 is from after you found the AirTag?

A.        Correct.

Q.        When did you receive the alert that we're looking at in Burke 6?

A.        I -- I have to say it's got to be the date it was marked.

Q.        But you said you took this screenshot after you found the AirTag?

A.        No, this was -- no, this was before the -- this is when I got the alert, I got these alerts, and I just so happen taken a screenshot of one and this is

Transcript of Gail Burke
Conducted on November 10, 2025                    80

the screenshot I got.

But this was before I even -- this is before I even knew I had an AirTag on my car.  It was coming up so frequently, I said, "I got to take a picture of this, because I don't know what this is."

Q.      When I asked you if you showed Chelce this screenshot the same day you took it, you said no --

A.      No. It's not the same day I took it, no.  It was after -- no.  It's not the same day.

Q.      You said, "It was after we found the AirTag"?

A.      Correct.

Q.      What do you mean by that?

A.      I mean that I told her, I said, "I guess there was a notification that came up on my phone.  I don't know if it was this notification or a prior notification.  The notification that came up on my phone while I was at work, I don't think it was this notification.  This is the screenshot I took because it was coming up so many times on my phone."

When it came up and Chelce knew about it, she seen it come up on my phone, because I said to her, "What is this?"  It was a different notification.

Q.      You showed Chelce a live notification, not a screenshot?

Transcript of Gail Burke
Conducted on November 10, 2025                    81

A.       Correct.  Correct.                              09:32:13

Q.       What did you mean earlier when you said you     09:32:14
showed it to her after you found the AirTag?            09:32:19

A.       We went back to my phone to see if we could     09:32:21
find any notifications, but we couldn't.  They were     09:32:26
gone.  And I said, "Oh, I had taken a screenshot of     09:32:31
one."  And that's the one I took.                       09:32:34

Q.       You did show Chelce the screenshot?            09:32:36

A.       Yes.  But I don't think it was the same --      09:32:40
it's not the same one that came up that day.           09:32:47

Q.       The screenshot of the notification you         09:32:50
showed Chelce is not the same notification that came    09:32:54
up the day --                                           09:32:59

A.       Correct.                                        09:33:00

Q.       -- you -- to Chelce?                            09:33:00

A.       Correct.                                        09:33:03

Q.       Do you have any other screenshots of AirTag    09:33:06
alerts?                                                 09:33:09

A.       No.                                            09:33:10

Q.       Do you still have this screenshot?             09:33:11

A.       I'll have to look at my phone and my photos.    09:33:16

Q.       Did you ever send this screenshot to           09:33:22
anybody?                                                09:33:35

A.       To -- to the attorneys.                        09:33:35

Q.       Besides your attorneys, did you ever send      09:33:44

Transcript of Gail Burke
Conducted on November 10, 2025                86

THE WITNESS:  I have it.                                    10:00:31

BY MS. PARK:                                                10:00:32

Q.      Do you recognize the document marked               10:00:33
Burke 8?                                                    10:00:34

A.      Yes.                                                10:00:35

Q.      What is it?                                         10:00:36

A.      It's a follow-up -- trying to find a               10:00:36
follow-up conversation on the AirTag.                      10:00:41

Q.      This is a conversation between you and             10:00:42
Apple.                                                      10:00:51

        Is that correct?                                   10:00:51

A.      Yes.                                                10:00:51

Q.      When did you first reach out to Apple?             10:00:52

A.      Right after the AirTag was found.  To see if       10:00:56
they had any information.                                  10:01:06

Q.      Do you have the email that you sent to             10:01:08
Apple?                                                      10:01:14

A.      I think I do.  I think I do.  If I went            10:01:14
back.  I'd have to go back and look.                       10:01:26

Q.      Why did you contact Apple?                         10:01:29

A.      To see if I could get any information.             10:01:34

Q.      The Apple representative provided some links       10:01:37
in his email.                                              10:01:47

        Did you click on any of those?                     10:01:48

A.      I don't recall if I did or didn't.  He told       10:01:53

Transcript of Gail Burke
Conducted on November 10, 2025                    87

me I needed to -- he needed to respond -- he could only respond to law enforcement.

Q.      You then forwarded this email to Detective Schnackenberg.

        Is that correct?

A.      Yes.

Q.      Why?

A.      To let him know I was trying to get information.  And that they needed a subpoena, I believe.

Q.      In the box on the first page of your email to the info@ridgefieldpolice --

A.      Mm-hmm.

Q.      -- email address, it says:  "Re class action complaint Apple AirTag.  To Detective Schnackenberg. Possible if you could let me know if Apple law enforcement notified."

A.      Yes.

Q.      Did you write these things?

A.      Yes.

Q.      What does class action complaint Apple AirTag refer to?

A.      That I have a complaint against Apple because -- I wanted information because they were very vague and the communication wasn't clear.

Q.      You had not joined any sort of class action against Apple at this time; correct?

A.      I don't know.  I don't know.

Q.      Do you --

A.      But I wanted them to know I joined a class action suit, I think.  I don't know.  I don't recall. I only went on the information I had at the time.

Q.      Had you already contacted a lawyer by the time you sent this email?

A.      I don't know.

Q.      In the response -- you send an email to info@ridgefieldpolice, and then did you forward that again to Detective Schnackenberg?

A.      I wanted him to know that I wasn't getting any information from Apple and that they would only communicate with him.  They already had the AirTag at the time.  I think they had the AirTag at the time, so I forwarded this to him.

Q.      First, you sent it to info@ridgefieldpolice; correct?

A.      Mm-hmm.  Let's see.  First, I -- first, I contacted them to see if they had any information. And contacted Apple, and they said they needed to talk to law enforcement.

        So I think it's the opposite way.  I think I

Transcript of Gail Burke
Conducted on November 10, 2025                     89

reached out to Apple, and then I forwarded it to the

Ridgefield Police Department.

Q.       And then why did you forward it again to

Detective Schnackenberg?

A.       To get information.

Q.       Why did you send it to both email addresses?

A.       Whose email address?

Q.       Why did you send it both to

info@ridgefieldpolice and to Detective Schnackenberg's

email address?

A.       I had two -- I had two email addresses from

them.  They gave me two email addresses.

Q.       You were told to communicate with both of

them?

A.       I don't recall what I was told, but I was

given two email addresses.

Q.       In the email to Detective Schnackenberg, you

say:  "Thank you for your time this morning."

         Did you speak with him earlier that day?

A.       I must have.

         Yes.  To ask him if he had any information.

And I don't recall what he said.  So I must have

spoken to him that morning.

Q.       Did you receive a response to this email?

A.       From him?

Transcript of Gail Burke
Conducted on November 10, 2025                90

Q.      Yes.

A.      No.

Q.      And when you did speak to him on the phone on March 8th, did you discuss with him trying to get a subpoena?

A.      I don't recall -- I don't recall the conversation.

Q.      But you asked him in this email on March 8th to start the process with Apple law enforcement?

A.      Yes.

Q.      What did you mean by that?

A.      That Apple told me they would only speak with law enforcement.  That they would not speak with me.

Q.      Following this email on March 8th, you did not receive a response, which is what prompted you to file that complaint against detective Schnackenberg.

        Is that correct?

A.      I didn't receive a response, no.  But I know that it was a long time.  So I don't know the exact time frame.

Q.      Exact time frame of what?

A.      Of the conversation I had with him.  But I know the subpoena was not sent.  And I was just informing him to contact Apple through a subpoena.  So

Transcript of Gail Burke
Conducted on November 10, 2025                           91

I believe that that's what this email is about.

Q.        And it was March 9th that you wrote this statement --

A.        Yes.

Q.        -- complaining about the lack of subpoena?

A.        Yes.

          MS. PARK:  Maddie, can you place Exhibit 9 in the chat, please?

          (DEPOSITION EXHIBIT NUMBER 9

          WAS MARKED FOR IDENTIFICATION.)

          THE TECHNICIAN:  Stand by.  It's available.

          THE WITNESS:  I got it.

BY MS. PARK:

Q.        What is the document marked Burke 9?

A.        It is the detective's name I sent to Apple.

Q.        And on Friday, March 17th, 2023 at 1:28 p.m., you've sent Detective Schnackenberg's name to Apple; correct?

A.        Yes.

Q.        Why did you send it to them?

A.        Because Apple said they never received the subpoena.

Q.        How do you know Apple said they never received the subpoena?

A.        He told me.

Transcript of Gail Burke
Conducted on November 10, 2025                      92

Q.        He, being Detective Schnackenberg?

A.        No.  Apple.  When I called Apple.  When I called the number, they said they never received a subpoena.

Q.        When did you call Apple?

A.        I don't know the exact date.  And that's -- that's when I sent them this to please contact the Ridgefield Police Department because they told me they sent it.

Q.        22 minutes after you sent the first email on March 17th, 2023, it looks like you sent a second email to the same subpoenas@apple.com email address.

A.        Where am I looking at that?

Q.        The same document.  Just above the -- where you put Detective Schnackenberg's information.

A.        That says -- yeah.  Because -- yes.

Q.        Why did you send a second email?

A.        I don't know.  I don't think I had information.  I don't think I was given any information.

Q.        In the second email you sent on the same day to subpoenas@apple.com, you wrote:  "At AirTag serial number," and you listed a serial number.

A.        Mm-hmm.

Q.        Where did you get the serial number?

Transcript of Gail Burke
Conducted on November 10, 2025                    93

A.        From the police report.                                    10:11:50

Q.        And it says "subpoena sent March 10th,                     10:11:52
2023."                                                              10:11:58

That was based on your conversation with                            10:11:58
Detective Schnackenberg?                                            10:12:00

A.        Yes.                                                       10:12:01

Q.        Did you receive a response to this email?                  10:12:02

A.        No.                                                        10:12:09

Q.        Which police report gave you the Apple                     10:12:10
AirTag serial number?                                               10:12:34

A.        The police report I picked up from the                     10:12:35
police department.                                                  10:12:40

Q.        Is that different from the report we just                  10:12:40
looked at?                                                          10:12:43

A.        No.                                                        10:12:44

Q.        That is the same report?                                   10:12:44

A.        Same report.                                               10:12:47

Q.        Can you go back to Exhibit 7, please.                      10:12:48

A.        I will try.  Let's see.                                    10:13:06

MR. KILPELA:  It should still be in the                             10:13:09
chat.                                                               10:13:11

THE WITNESS:  I don't see it.  There is 8                           10:13:12
and 9.                                                              10:13:14

THE TECHNICIAN:  You've just got to scroll                          10:13:17
up.  Those are just the most recent ones.                           10:13:19

THE WITNESS:  Oh, okay.  Let me see.          10:13:22

No, I don't see it.          10:13:29

THE TECHNICIAN:  I can just upload it again.          10:13:34
Which number did you need?          10:13:37

MS. PARK:  7, please.          10:13:39

THE TECHNICIAN:  Okay.  There you go.          10:13:42

THE WITNESS:  It's loading.  It's just not          10:14:12
up yet.          10:14:14

Okay.  It's up.          10:14:18

BY MS. PARK:          10:14:20

Q.     Where in this police report is the serial          10:14:20
number listed?          10:14:23

A.     It says AirTag serial number HGTJA87 on          10:14:23
3/10.          10:14:36

Q.     Do you know how the police officer got the          10:14:37
serial number?          10:14:40

A.     I would have to think it's from the AirTag          10:14:41
itself.          10:14:47

MS. PARK:  Can you put Exhibit 10 in the          10:15:02
chat, please, Maddie?          10:15:05

(DEPOSITION EXHIBIT NUMBER 10          10:15:05

WAS MARKED FOR IDENTIFICATION.)          10:15:19

THE TECHNICIAN:  It's available.          10:15:19

THE WITNESS:  I have it up.          10:15:38

BY MS. PARK:          10:15:38

Transcript of Gail Burke
Conducted on November 10, 2025                95

Q.        Do you recognize the document marked --          10:15:39

A.        Yes.                                              10:15:43

Q.        -- 10?  What is it?                               10:15:46

A.        Yes.  It's a follow-up regarding the             10:15:49
subpoena.                                                   10:15:54

Q.        It's a follow-up between you and Apple and       10:15:55
the police department; correct?                             10:16:02

A.        Yes.                                              10:16:03

Q.        You sent the first email in this chain on        10:16:04
March 20th, 2023 at 6:39 a.m.; correct?                     10:16:10

A.        Yes.                                              10:16:14

Q.        Then you forwarded that email to                 10:16:15
jmalanga@ridgefieldpolice.com?                              10:16:28

A.        Yes.                                              10:16:32

Q.        Who is J. Malanga?                                10:16:33

A.        They were both working together, Joe and --      10:16:35
these two are both detectives at the Ridgefield Police     10:16:46
Department.  They're both working together.                10:16:50

Q.        Detective Schnackenberg and Detective            10:16:51
Malanga?                                                    10:16:54

A.        Yes.                                              10:16:54

Q.        Why did you email Detective Malanga              10:16:55
separately?                                                 10:16:57

A.        Again, it was just emails I had.                 10:17:01

Q.        On Monday, March 20th at 7:13 p.m.,              10:17:15

Transcript of Gail Burke
Conducted on November 10, 2025                    96

Detective Malanga emailed you back and said Detective

Schnackenberg sent the subpoena to Apple already.

A.      Yes.

Q.      Did you hear back --

        [Simultaneous speaking.]

        THE WITNESS:  No, I didn't hear back.  Apple

said they didn't receive a subpoena.  So that's why

the emails went back and forth.

BY MS. PARK:

Q.      In the email on March 20 at 6:39 a.m., the

first email that you sent in this chain, who's

█████████████

A.      I'm opening it up.  And, I'm sorry, who is

who?

██    ████████████

A.      I don't know.  I don't know who that is.

Q.      You're not responding to any email.  And you

are emailing these people.

A.      Yeah, no.  I don't know.  I don't know who

that is.

Q.      Did you know who that was at the time?

A.      No.  I -- I don't know who that is.

██    ████████████████████████

A.      I don't know.  I don't know.

Q.      Would you have emailed somebody that you

Transcript of Gail Burke
Conducted on November 10, 2025                              111

A.        I don't know, but he was fine.

Q.        And then the next text message is on August 15th, 2024.

A.        Yes.  That has nothing to do with the AirTag.  We keep getting lost in the garage because everything looks the same.  You never know where we park, on what level.

Q.        Do you know what FML means?

A.        No.

Q.        Do you know what LMAO means?

A.        Laughing my ass off?

Because I told him I park now on the 5th floor so I don't get lost or I don't lose my car.  I don't forget where I parked it.

Q.        Have you discussed this lawsuit with Tyler at all?

A.        No.  He knows that I had an AirTag on my car, but that's it.

Q.        Have you texted with anybody else about AirTags?

A.        No.

Q.        You never texted your daughters about it?

A.        The only time I had to text them was to find information out on their phones.  But, no, I never text them about AirTags.

Transcript of Gail Burke
Conducted on November 10, 2025                    112

Q.        What have you talked with Holly about with
regards to AirTags?

A.        I told her that the AirTag was found on my
car.

Q.        When did you tell her that?

A.        After it was found.

Q.        Did you talk to her about anything else
related to AirTags?

A.        No.

Q.        What did you discuss with Christina related
to AirTags?

A.        The same.  After it was found, I told her
only that it was found -- that an AirTag was found on
my car.

Q.        Did you talk to Christina about anything
else related to AirTags?

A.        No.

Q.        What did you discuss with Morgan related to
AirTags?

A.        The same.  The same.  She knew, again, after
it was found on my car.  And that's about it.

Q.        Did you ever talk to any of your daughters
about your suspicions that either Pat or Frank placed
the AirTag on your car?

A.        Yes, I did.

Transcript of Gail Burke
Conducted on November 10, 2025                    113

Q.      Which ones?                                10:48:34

A.      Both.                                      10:48:35

Q.      Sorry.  Which daughters?                   10:48:36

A.      All of them.  I said, "Do you think Dad did    10:48:38
this?"                                             10:48:41

        And they said, "No."                       10:48:41

        I said, "Do you think Frank did this?"     10:48:43

        They said, "Maybe."                        10:48:46

Q.      What did you discuss with Elizabeth        10:48:47
Carpanzano related to the AirTag?                  10:49:01

A.      That security would walk me to my car      10:49:03
because I was scared.                              10:49:08

Q.      When did you talk to her about that?       10:49:09

A.      After it was found on my car.              10:49:12

Q.      Did security walk you to your car?         10:49:15

A.      Yes.                                       10:49:20

Q.      For how long?                              10:49:20

A.      For a couple of months after.  When I worked    10:49:21
nights.                                            10:49:33

Q.      Only when you worked nights?               10:49:33

A.      Well, it was dark.  When it was dark.      10:49:37

Q.      Why did they stop?                         10:49:40

A.      I felt a little bit better.  And they kept    10:49:43
reminding me I had a panic button on my ID.        10:49:54

Q.      What does the panic button do?             10:49:59

Transcript of Gail Burke
Conducted on November 10, 2025                    115

yourself to be that close with him?                          10:51:48

A.      Enough to -- I'm close enough to tell him            10:51:51

how I feel during the day.                                   10:51:55

Q.      What was his response?                               10:51:57

A.      He would be, too.                                    10:52:02

Q.      Did you discuss anything else related to            10:52:04

AirTags with Dr. Mazer?                                       10:52:15

A.      Anything other -- the daily -- activities of        10:52:17

the day.                                                     10:52:20

Q.      Did you discuss being stalked or anything           10:52:20

else related to AirTags with Dr. Mazer?                      10:52:23

A.      Well, I think that an AirTag is stalking,           10:52:25

so, yes.  But --                                             10:52:31

Q.      What else did you discuss with Dr. Mazer            10:52:33

about this topic?                                            10:52:36

A.      That it was found on my car.  An AirTag was         10:52:38

found on my car.  And that I was scared.                     10:52:42

Q.      Did you discuss anything else with him?             10:52:45

A.      No.                                                 10:52:50

Q.      When did you have this conversation?                10:52:51

A.      After the AirTag was found.                         10:52:56

Q.      How long after the AirTag was found?                10:52:58

A.      I'm sure it was a day or two.                       10:53:03

Q.      What did you discuss about AirTags with             10:53:09

Brian Devito?                                                10:53:16

Transcript of Gail Burke
Conducted on November 10, 2025                    116

A.        I told him that an AirTag was found on my car.

Q.        Did you tell him anything else?

A.        I told him an AirTag was found on my car. And I was scared.

Q.        Anything else?

A.        I did tell him that I had to file a class action lawsuit.

Q.        When did you talk to Brian Devito?

Q.        So sometime after approximately October 2023?

A.        After I moved in with Frank.  So that was June.  July.

Q.        You moved in with Frank in June or July 2023?

A.        Yeah.  So it was -- it was -- it was after I moved in, and that was a couple months later after that.

Q.        What did you tell Brian Devito about -- with regards to the lawsuit?

A.        Only that I had a class action lawsuit.

Q.        That you had filed one?

A.        Yes.  He's an attorney, so he was asking.

Q.        Did you text with Brian Devito at all about

10:53:17
10:53:21
10:53:22
10:53:24
10:53:29
10:53:31
10:53:34
10:53:39
10:53:42
10:53:46
10:53:48
10:53:59
10:54:00
10:54:07
10:54:10
10:54:14
10:54:15
10:54:18
10:54:22
10:54:22
10:54:32
10:54:33
10:54:39
10:54:42
10:54:50

Transcript of Gail Burke
Conducted on November 10, 2025                    117

anything?

A.      No.  No.  It was all conversation.

Q.      What did you discuss about AirTags with Amanda Devito?

A.      The same.  That's his wife.

Q.      Did you have the conversation with Brian and Amanda at the same time?

A.      No.  Some -- some conversation I had together, and some separately.

Q.      What did you discuss with Amanda?

A.      I told her that an AirTag was found on my car.  And that I was scared.  And that there was -- I had filed a class action lawsuit.

Q.      Did you discuss anything else with Amanda?

A.      They were asking me if I knew who put it there.  I said I didn't know.

Q.      Did you discuss with either Brian or Amanda your suspicions that Patrick or Frank had placed the AirTag on your car?

A.      Later, I did say that I think it might be Frank.

Q.      When was later?

A.      It was October -- November or October of '24.

Q.      What was their response?

Transcript of Gail Burke
Conducted on November 10, 2025                118

A.        They didn't -- they didn't say anything.        10:56:24

They didn't say anything.        10:56:31

Q.        Do you know if they ever told Frank what you        10:56:32

thought?        10:56:36

A.        I don't know.        10:56:36

Q.        Were they friends with Frank also?        10:56:38

A.        Not as friendly as to me.        10:56:41

Q.        Is there anyone else you remember speaking        10:56:46

with about AirTags?        10:56:58

A.        No.        10:57:01

Q.        Let's take a break.        10:57:02

          THE TECHNICIAN:  I think you might be muted        10:57:14

again, Dom.        10:57:16

          MS. PARK:  Dominic, we can't hear you.        10:57:26

          THE VIDEOGRAPHER:  All right.  We are going        10:57:29

off the record.  The time is 10:59 -- 57 a.m.        10:57:31

          (OFF THE RECORD AT 10:57 a.m. PT.)        10:57:31

          (ON THE RECORD AT 11:32 a.m. PT.)        11:31:51

          THE VIDEOGRAPHER:  Okay.  We are back on the        11:31:51

record.  The time is 11:32 a.m.        11:31:59

BY MS. PARK:        11:32:02

Q.        Is Patrick the father of all three of your        11:32:04

daughters?        11:32:07

A.        Yes.        11:32:07

Q.        Holly is married?        11:32:08

Transcript of Gail Burke
Conducted on November 10, 2025                    123

A.       It was, like, September.  Around September.            11:38:31

Q.       Did you say yes the first time he asked you            11:38:37

out?            11:38:44

A.       I don't -- I didn't make it the first time.            11:38:44

I said yes, but I didn't make it.  I had to work.  So            11:38:52

we went out the second time.            11:38:55

Q.       Did you tell your daughters when you started            11:38:57

dating him?            11:39:10

A.       Not right away.  No, not right away.            11:39:11

Q.       Why not?            11:39:14

A.       I don't know.  I just don't -- I didn't            11:39:15

think it was going to get as serious as it did, but it            11:39:17

did.  So I waited until I felt more comfortable.            11:39:24

Q.       When did you tell your daughters about            11:39:27

dating Frank?            11:39:28

A.       I guess it was around Christmas.            11:39:29

Q.       Christmas 2022?            11:39:35

A.       I think -- yeah, I think so.  Yeah.  I            11:39:40

didn't tell them right away.  I know that.  I did not            11:39:44

tell them right away.            11:39:47

Q.       What was their reaction?            11:39:48

A.       They were happy for me.            11:39:50

Q.       All of them?            11:39:51

A.       Yes.            11:39:54

Q.       What made you decide to move in with Frank?            11:39:54

Transcript of Gail Burke
Conducted on November 10, 2025                    124

A.        I moved in because I was scared.  I was          11:40:04
scared after the AirTag.  I wasn't sleeping, and I was          11:40:08
always watching and worried of the intent of the          11:40:13
person, you know.  I don't know what their intent was.          11:40:19
My anxiety was really, really bad.          11:40:22
Q.        When did you first tell Frank about the          11:40:26
AirTag?          11:40:29
A.        He had called after the police left.  So I          11:40:30
had told him right after it was found.  He called          11:40:38
here.  He called me, and I told him what had just          11:40:45
happened.          11:40:50
Q.        Did he know that you had called the police?          11:40:50
A.        Only when I told him -- yes, I told him on          11:40:53
the phone, yes, the police had just left.          11:40:57
Q.        You did not tell him you were calling the          11:40:59
police before the police came, though?          11:41:02
A.        No, no.          11:41:05
Q.        What did Frank say when you told him about          11:41:06
finding the AirTag?          11:41:12
A.        He asked which officers came, which officers          11:41:14
were here, the names of the officers that were here.          11:41:18
Q.        Did you find anything unusual about that          11:41:24
question?          11:41:31
A.        Later I did.  Later.  Not in the moment.          11:41:31
Q.        What did you think was off about it later?          11:41:39

Transcript of Gail Burke
Conducted on November 10, 2025                    135

page, actually, 65 as the numbers are on the bottom of

the page of the actual --

        THE WITNESS:  I'm getting there.  Okay.  I

went by it too fast.

        MR. KILPELA:  Mm-hmm.

        THE WITNESS:  All right.  67.

        Okay.  I'm on 67.

BY MS. PARK:

Q.      The paragraph 291 says --

A.      Wait.  Wait.  That's not 267.

Q.      Paragraph --

A.      Let me go to 66.

Q.      It's Page 67 of the PDF.

A.      All right.  I'm on Page 67.  Okay.  Got it.

Q.      Do you see where it says "Plaintiff Gail

Burke"?

A.      Yes.  Let me move up a little -- let me move

up a little bit.

        Yes.

Q.      It says, "Gail Burke, a resident of New

Jersey, Ms. Burke first discovered that she was being

stalked on or about March 2nd, 2023."

        That's, in fact, the date you contacted the

police; right?

A.      Yes.

Transcript of Gail Burke
Conducted on November 10, 2025

136

Q.      And you received your first alert at least a week or approximately a week before that; correct?

A.      Yes.

Q.      It also says, "She also heard a faint beeping sound coming from her car that she could not pinpoint the location of the beeping."

A.      That is correct.

Q.      When did you hear the beeping sound?

A.      It was more like a chirping sound.  And it was prior -- days prior.

Q.      This is the chirping sound you said you heard while you were gardening?

A.      Yes.

Q.      Why did you say in here that you first discovered that notification on --

A.      You got cut off.

Q.      Why did you say in the complaint that you received a notification on March 2nd?

A.      I did.  I did.  I did receive a notification March 2nd --

Q.      But that was not the first --

A.      -- in the morning.

        No, that was not the first notification. That was in the morning.

Q.      What was in the morning?

11:59:14
11:59:18
11:59:21
11:59:22
11:59:30
11:59:34
11:59:37
11:59:37
11:59:42
11:59:47
11:59:50
11:59:57
11:59:59
11:59:59
12:00:05
12:00:07
12:00:08
12:00:11
12:00:13
12:00:24
12:00:24
12:00:27
12:00:29
12:00:32
12:00:33

Transcript of Gail Burke
Conducted on November 10, 2025                    137

A.       The notification.  My first notification was in the morning.

Q.       And which is distinct from what?

A.       The notification I received -- I received so many.  I received a notification that morning, and when I came home, I received another notification. And that's when I called the police.

Q.       You called the police --

A.       Beeping --

Q.       -- March 2nd?

A.       Correct.

Q.       You -- I think you testified you received the first notification around a week before you called the police?

A.       The first notification had to be one or two weeks before the police, yes.

Q.       So I'm trying to understand why this complaint says you first discovered it on March 2nd when you received the notification --

A.       Because that's -- that's when the AirTag was discovered.  The AirTag was discovered on March 2nd. And I also received notifications and heard chirping from the sound of the AirTag.

Q.       Ms. Burke, can you read to yourself from Paragraph 291 through 300.

Transcript of Gail Burke
Conducted on November 10, 2025                    148

about it, but, no, I haven't -- I didn't get it, no.

Q.      Why not?

A.      Because I don't know if they would even give it to me after hearing this entire story.

Q.      Who is they?

A.      The police.  I guess you have to go through a whole police profile in order to get a gun.  I don't think you can just buy a gun.

Q.      Have you researched what you need to do to get a gun?

A.      A little bit, but I don't recall.  I don't recall every detail.  You do have to have recommendations.  I know that.  I did read that.

Q.      It says in Paragraph 299:  "Additionally, Ms. Burke experiences severe anxiety while driving."

        Do you have anxiety while you're driving?

A.      Yes.  At night.  I'm always looking behind me to see if someone's following me.  And I really don't drive at night.

Q.      Did you drive at night before you found the AirTag on your car?

A.      Yes.  Yes.

Q.      Where would you go?

A.      I would go to my daughter's house.  I would go out with my friends to dinner.  And that's really

Transcript of Gail Burke
Conducted on November 10, 2025                    149

limited now.  I mean, it's not that I don't do it.  I still do it, it's just limited.  It's not as much.  I don't like to come home too late.

Q.    How often do you go out at night now?

A.    Maybe once every couple of months.

Q.    How often did you go out at night before you found the AirTag on your car?

A.    I would say almost every weekend.

            [Simultaneous speaking.]

BY MS. PARK:

Q.    What would you do?

A.    I would meet up with friends and go to dinner.  Go to a concert.  Movies.

Q.    What friends did you typically go out with?

A.    Friends from work.

Q.    Who are your friends from work that you would go out with?

A.    My one friend is Cindy Tenning.

Q.    Anyone else?

A.    Yes.  There would be retirement parties I would normally go to.  There would be Melissa O'Leary, Karen Becker.  But I don't -- I don't attend any of the retirement parties.  I won't even be going to the Christmas party.  Like, I just -- coming home at night just frightens me alone.

Transcript of Gail Burke
Conducted on November 10, 2025                    150

Q.        Did you ever talk to Cindy or Karen about                    12:44:05
finding an AirTag on your car?                    12:44:10
A.        They know that I'm scared.  And they know an                    12:44:12
AirTag was found on my car.  Yes, but I don't go into                    12:44:16
detail.                    12:44:20
Q.        What do you mean by that?                    12:44:20
A.        I don't go into every detail about it, no.                    12:44:22
They know that an AirTag was on my car.  They know                    12:44:26
that I'm upset about it.  But that's about what they                    12:44:30
know.                    12:44:33
Q.        Did you go out with any friends other than                    12:44:34
your coworkers before you found an AirTag on your car?                    12:44:40
A.        Let me think.  No.  Most the time -- oh, I                    12:44:44
go out with my cousins.  And -- so, yes, my cousins, I                    12:44:56
go out with.                    12:45:04
Q.        Who are your cousins?                    12:45:05
A.        It's Mary Sue and Sandra Casia.                    12:45:08
Q.        Where does Mary Sue live?                    12:45:12
A.        In Mahwah.                    12:45:15
Q.        Where does Sandra live?                    12:45:16
A.        In Mahwah.                    12:45:19
Q.        How far is Mahwah from you?                    12:45:20
A.        Mahwah is about 40 minutes.                    12:45:23
Q.        How often did you go out with your cousins                    12:45:26
before you found an AirTag on your car?                    12:45:29

Transcript of Gail Burke
Conducted on November 10, 2025                    151

A.      A couple of times a month.                      12:45:31

Q.      And now how often do you see them?              12:45:33

A.      I see them about once a month.                  12:45:39

Q.      What do you do when you see them?               12:45:46

A.      We go to dinner.                                12:45:55

Q.      So you go out at night with them?               12:45:56

A.      Yes.                                            12:45:59

Q.      Did you ever tell them about finding an         12:45:59
AirTag on your car?                                     12:46:05

A.      Yes.  They know I found an AirTag on my car,    12:46:06
yes.                                                    12:46:10

Q.      Is there anybody else you used to go out        12:46:10
with before you found the AirTag on your car?           12:46:18

A.      No.                                             12:46:21

Q.      Do you still go out with Cindy today?           12:46:21

A.      Yes, I do.                                      12:46:27

Q.      How often do you go out with Cindy?             12:46:29

A.      I see her maybe twice a month.  And we go       12:46:31
out during the day.  When I'm off from work.            12:46:35

Q.      Is she off from work at the same time as        12:46:43
you?                                                    12:46:46

A.      She's retired.                                  12:46:46

Q.      How often did you see Cindy before you found    12:46:47
the AirTag on your car?                                 12:46:49

A.      Oh, almost every weekend.                       12:46:51

Transcript of Gail Burke
Conducted on November 10, 2025                    152

Q.        What did you do with her?                              12:46:54

A.        Oh, we did -- we did everything from going             12:46:57

to the movies, going to art classes, going out to               12:47:02

dinner.                                                          12:47:11

Q.        Did you go to art classes at night?                    12:47:12

A.        Before, yes.                                           12:47:14

Q.        Do you still go to art classes today?                  12:47:15

A.        During the day.                                        12:47:19

Q.        Who do you go with?                                    12:47:20

A.        Cindy.                                                 12:47:22

Q.        Do you still hang out with Karen?                      12:47:24

A.        No.  Karen also just recently retired.  And            12:47:30

I haven't seen her in a while.                                  12:47:36

Q.        Is there anyone else you used to go out with           12:47:38

before you found the AirTag on your car?                        12:47:48

A.        No.  No.  My children, obviously.  You know,           12:47:50

we do a lot -- I do a lot with my children.  But that           12:48:00

would be it.                                                    12:48:04

Q.        In Paragraph 300, it says:  "In order to               12:48:04

protect herself, Ms. Burke felt that it was essential           12:48:17

to no longer live alone; however, this required her to          12:48:21

forego approximately $150,000 in future alimony, which          12:48:24

precluded her from cohabitation in any form.                    12:48:30

Ms. Burke's finances have been impaired drastically             12:48:35

accordingly."                                                   12:48:40

Transcript of Gail Burke
Conducted on November 10, 2025

167

Q.      Other than what we've already discussed today, have you discussed your participation in this lawsuit with anyone other than your attorneys?

A.      Just my attorneys.

Q.      Did you seek any mental health care as a result of being stalked or finding the AirTags?

A.      No.

13:09:42
13:09:49
13:09:52
13:09:55
13:09:57
13:10:07
13:10:11
13:10:11
13:10:14
13:10:15
13:10:19
13:10:22
13:10:24
13:10:27
13:10:30
13:10:35
13:10:42
13:10:44
13:10:44
13:10:52
13:10:53
13:10:54
13:11:02
13:11:02
13:11:03

Transcript of Gail Burke
Conducted on November 10, 2025                    181

across a box of his.  And I took it to the restaurant, 13:39:55
and I gave it to him.  So it was a couple days after I 13:39:59
moved out, and that was the last time I spoke with 13:40:03
him. 13:40:06

Q.      You said earlier that Patrick found out 13:40:06
about Frank at your daughter's graduation? 13:40:17

A.      Yes. 13:40:20

Q.      Which was in May of 2023; correct? 13:40:20

A.      From me.  From me.  But the girls could have 13:40:24
told him, too.  You know, but from me, that was the 13:40:26
first time. 13:40:29

Q.      So you don't know if Patrick knew about 13:40:30
Frank -- 13:40:33

A.      Correct. 13:40:35

Q.      -- at the time you found the AirTag? 13:40:35

A.      Correct. 13:40:37

Q.      Sitting here today, do you have any belief 13:40:38
as to who placed the AirTag on your car? 13:40:47

A.      To me, I am so frightened, it could be 13:40:50
anyone, but because of Frank's reactions, I am leaning 13:40:54
towards him.  But, yes, it could be anyone.  I don't 13:41:00
have proof other than he was so angry. 13:41:03

Q.      Did you ever confront Frank about your 13:41:06
suspicion that he placed the AirTag on your car? 13:41:10

A.      I didn't have to.  He just came out and 13:41:13

C E R T I F I C A T E

I, the undersigned Certified Shorthand Reporter, holding a valid and current license issued by the State of California, do hereby certify:

I do hereby certify that the above and foregoing transcript of proceedings in the matter aforementioned was taken down by me in machine shorthand, and the questions and answers thereto were reduced to writing under my personal supervision, and that the foregoing represents a true and correct transcript of the proceedings given by said witness upon said hearing.

I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

*Jillian Doctor*

/s://  Jillian Doctor
JILLIAN DOCTOR, RPR,
CERTIFIED REALTIME REPORTER